# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS, ) | 1:09cv01675 OWW DLB |
| ) | |
| ) | |
| Plaintiff, ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| ) | |
| v. ) | (Document 2) |
| ) | |
| STATE OF CALIFORNIA, ) | |
| ) | |
| ) | |
| Defendant. ) | |

    Plaintiff Lana K. Williams ("Plaintiff") is proceeding pro se in this action. Plaintiff filed her complaint on September 22, 2009, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.

    IT IS SO ORDERED.

  Dated:   **September 25, 2009**          **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE